UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.                Case No. 8:08-cv-2106-T-30MAP

SAM C. COLUCCI, TRE,

    Defendant.
_____/

**O R D E R**

The Court has been advised by Notice of Settlement (Dkt. #7) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within *sixty (60) days* of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. This Court retains jurisdiction during and after the sixty (60) day period to determine the reasonableness of Plaintiffs' attorney's fees and costs. **No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court.** All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on March 4, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel for Plaintiff, Todd W. Shulby
Sam C. Colucci, 218 Midway Island, Clearwater, FL 33676-2315
Stephenie Aaron Fenton, Esq., Roman & Roman, P.A., 2274 State Road 580, Clearwater, FL 33763

S:\Even\2008\08-cv-2106.dismissal 7.wpd